Daniel M. Cislo, Esq., No. 125,378
Dennis Larson, Esq., No. 48,983
CISLO & THOMAS LLP
233 Wilshire Boulevard, Suite 900
Santa Monica, California 90401
Telephone: (310) 451-0647
Facsimile: (310) 394-4477
Email: dan@cislo.com
dlarson@cislo.com

Attorneys for Plaintiff and Counter-Defendant Homeland Housewares, LLC and Counter-Defendants Lohan Media, LLC and Lenny Sands

Douglas C. Emhoff, Esq., No. 151,049
Jon-Jamison Hill, Esq., No. 203,959
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901
Email: demhoff@venable.com
jjhill@venable.com

Attorneys for Defendant and Counterclaimant Hearthware Home Products, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOMELAND HOUSEWARES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>HEARTHWARE HOME PRODUCTS, INC., etc., et al.<br><br>Defendants.<br><br>RELATED COUNTERCLAIMS | CASE NO. CV 07-0365 RGK (CWx)<br><br>**STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM**<br><br>[F.R.C.P. 41(a)(1)(ii), (c)]<br><br>Hon: R. Gary Klausner |

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), (c), by and between Plaintiff and Counter-Defendant Homeland Housewares, LLC ("Homeland"), Counter-Defendants Lenny Sands and Lohan Media LLC and Defendant/Counterclaimant Hearthware Home Products, Inc. ("Hearthware"), to a dismissal with prejudice of: (1) the entire complaint filed by Homeland and (2) the entire Counterclaim filed by Hearthware, subject to the parties' confidential Settlement Agreement. Each side is to bear its own costs, including attorney fees associated with the Complaint and Counterclaim. This Court shall retain subject matter and personal jurisdiction over the parties for the purpose of interpretation or enforcement of said confidential Settlement Agreement between the parties.

CISLO & THOMAS, LLP

_____
Daniel M. Cislo, Esq.
Dennis Larson, Esq.

Attorneys for Plaintiff and
Counter-Defendant
HOMELAND HOUSEWARES, LLC
and Counter-Defendants
LENNY SANDS and
LOHAN MEDIA LLC

Date:  June 6, 2007

VENABLE, LLP

_____
Douglas C. Emhoff, Esq.
Jon-Jamison Hill, Esq.

Attorneys for Defendant and
Counterclaimant
HEARTHWARE HOME
PRODUCTS, INC.

Date:  June 6, 2007

IT IS SO ORDERED:

JUN 1 1 2007
Date: _____, 2007

_____
United States District Court Judge

T:\06-17130\Stipulated Dismissal.doc


# PROOF OF SERVICE

I am over the age of eighteen (18) years, employed in the County of Los Angeles, and not a party to the above-entitled action. My business address is 233 Wilshire Boulevard, Suite 900, Santa Monica, California 90401.

On Wednesday, June 06, 2007, I served:

**STIPULATION TO DISMISS COMPLAINT AND COUNTERCLAIM**

addressed as follows to:

Douglas C. Emhoff
Jon-Jamison Hill
VENABLE LLP
2049 Century Park East, Suite 2100
Los Angeles, California 90067
Fascimile: 310-229-9901

☒ **BY MAIL**: I am readily familiar with the Firm's practice of collecting and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on the same day with a postage thereon fully prepaid at Santa Monica, California, in the ordinary course of business. I am aware that, on the motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one (1) day after the date of deposit for mailing shown on this proof of service.

☐ **BY FEDERAL EXPRESS/OVERNIGHT DELIVERY**: I caused a copy of such document to be sent via overnight delivery to the office(s) of the addressee(s) shown above.

☐ **BY FACSIMILE**: I caused a copy of such document to be sent via facsimile to the office(s) of the addressee(s) shown above.

☐ **BY PERSONAL SERVICE**: I caused such envelope to be delivered by hand to the person(s) identified above.

I declare, under penalty of perjury under the laws of the United States that the foregoing is true and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on Wednesday, June 6, 2007, at Santa Monica, California.

*/s/ Allyson Crow*
Allyson Crow

3